In The United States District Court
For The
District Of Massachusetts

Michael A. Josey, Pro-se,
                    Plaintiff,

        VS.

Elizabeth Childs, M.D.
individually and in her
Official capacity as
Commissioner Of The
Department Of Mental
Health,

                    Defendant,

Harry Ford, M.D.,
individually and in
his Official capacity

Civil Action

No._____

**05** cv **11787 RGS**

MAGISTRATE JUDGE _____

as a licensed Psychiatrist
by the State Board and
employee of the Department
Of Mental Health,
                    Defendant,


John Doe, number 1,
                    Defendant,

John Doe, number 2,
                    Defendant,

John Doe, number 3,
                    Defendant,

John Doe, number 4,
                    Defendant,

John Doe, number 5,
                    Defendant,

John Doe, number 6,
     Defendant,

John Doe, number 7,
     Defendant,

John Doe, number 8,
     Defendant,

John Doe, number 9,
     Defendant,

John Doe, number 10,
     Defendant,

John Doe, number 11
     Defendant,

John Doe, number 12,
     Defendant.

# COMPLAINT

## I. Jurisdiction:

1.) Jurisdiction of this Honorable Court is invoked pursuant to Title 42 U.S.C.A. X 1983. This is a Civil Action seeking to redress a deprivation of Rights, Priviledges and immunities secured citizens of the United States under the United States Constitution, Massachusetts Constitution, Statutes, Court Decisions and other sources of Law. Brought by the Plaintiff, Michael A. Josey, Pro-se, also sought is

-2-

compansatory damages, punitive damages and nominal damages in the amount of #12,000,000.00 and a trial by jury.

## II. Parties:

2.) The Plaintiff, Michael A. Josey, is Pro-se, a homeless person unemployed without an income or any funds who obtained a Bachelor Degree in Paralegal Studies from Suffolk University and a certificate in Paralegal from Bunker Hill Community College.

3.) The Defendant, Elizabeth Childs, M.D., is the

Commissioner Of The Massachusetts Department Of Mental Health, (Executive Office Of Health and Human Services) and under the doctine of Respondent/Superior can be held liable for the conduct of an employees employed by The Department Of Mental Health.

4.) The Defendant, Harry Ford, M.D., is a duly licensed Psychietrist by the Board and an employee of the Department Of Mental Health (Solomon Carter Fuller Mental Health Center and Massachusetts General Hospital) (Please read exhibit A attached and hereby made part of this

Complaint being filed in the United States District Court) as such his duties are created and established under law and does not have more authority than his Superior the Commissioner of Mental Health or this Court but should be held subject to follow the laws of and as documented.

5.) The Defendant, John Doe, number 1, will be named at a later date.

6.) The Defendant, John Doe, number 2, will be named at a later date.

7.) The Defendant, John Doe, number 3, will be named at a later date.

8.) The Defendant, John Doe, number 4, will be named at a later date.

9.) The Defendant, John Doe, number 5, will be named at a later date.

10.) The Defendant, John Doe, number 6, will be named at a later date.

11.) The Defendant, John Doe, number 7, will be named at a later date.

12.) The Defendant, John Doe, number 8, will be named at a later date.

13.) The Defendant's John Doe, numbers (9), number (10), number (11), and number (12) will be named at a later date.

# III. Statement Of Facts:

14.) One night in June or July of 2005, after 12 mid night the Plaintiff was standing on Washington Street, because the homeless shelter was full (which means one has to stay outside all night) a police car pulled up, the Officer in the vehicle shined the over head spot light on the Plaintiff and told him "what about the boys" and then said "you hit someone in the head" and another police car pulled up on the Plaintiff and then both cars left.

15.) This happened shortly after the Plaintiff began handing

out a letter concerning Dr. Harry
Ford's actions while the
Plaintiff was a patient at Solomon
Carter Fuller Mental Health Center
(See Exhibit-A) and prior to the
Plaintiff being set up in 1998
and Arrested for Arson individuals
were told the Plaintiff snatched
a pocket book this was while the
Plaintiff was going to the Olin
Center taking L.S.A.T. classes
the Defendant used someone
from one of his (the Plaintiffs)
classes to try and distract the
Plaintiff to stop him from taking
the L.S.A.T. test keeping him
down but pretending to aid (under-
handedness).

16.) The Plaintiff's been informed that their is an arrest warrent being held and can be issued to have him arrested.

17.) The Plaintiff has been told that they will never back off and will always be present for the rest of Plaintiff life.

18.) In January of 1998, the Plaintiff was set up to die in a fire that took place in an apartment he was put in on Deckard Street in Roxbury to be murdered after the fire he was put in a mental hospital for two weeks to speak with a Psychietrist then arrested and

arraigned in Roxbury District Court on a charge of Arson.

19.) The Plaintiff was wrongfully imprisoned for Arson and slander was used to create prejudice just to secure a conviction everyone was told the Plaintiff's crazy in a report written by a Psychietrist and sent into the Courtroom and every place the Plaintiff went and based on this report written everyone believed what the Psychietrist wrote in his report and this false light, slander, libel and deformation convinced everyone the Plaintiff was guilty beyond a reasonable doubt.

20.) In the past when a Psychietrist at Bridgewater

State Hospital labeled the Plaintiff crazy and to take medication for the rest of his life and when the Plaintiff refused a court order was sought, he was then handcuffed and injected by needle.

21.) The Plaintiff was sentenced in Roxbury District Court on the Arson charge, released after one year and then had to serve (3) three years probation (see exhibit A attached) upon release the Plaintiff went back to school and a plan was put in motion to send the Plaintiff back to prison so in March of 1999 the

Plaintiff wrote a civil complaint and The Honorable Justice Lindsay was the presiding Justice and Judge Leary in Roxbury District Court discharged the Plaintiff from probation and dismissed the case.

22.) Once again at the present August of 2005 another plan might take place to wrongfully imprison the Plaintiff, in fact a couple of plans are in motion to destroy the plaintiff and others to imprison him and in accordance with a letter sent to the Plaintiff in December of 2004, January of 2005 or Febuary of 2005 informing him an arrest warrent might be

issued.

23.) In the past the Plaintiff was wrongfully imprisoned and at issue is can the Plaintiff continue with the same thing happening but different tactics and also slander, and libel as evidence to produce false light and deformation all used to create prejudice just to secure a conviction.

## IV. Cause Of Action:

23.) The Plaintiff was wrongfully imprisoned deprived of his right to Liberty in accordance with the due process clause of the Fourteenth

-13-

Amendment Of The United
State Constitution as applied
to the State through the
Fifth Amendment Of The
United States Constitution.
        24.) The Plaintiff has
been slandered and libeled to
create deformation, a false
light and prejudice was used
as evidence in the past to
convict him of a crime the
slander used was ("he's crazy")
and everyone followed suit
believing "he's crazy", the
ban wagon effect.
            25.) The Plaintiffs
access to education was

~14~

interfered with as a direct result of the defendants actions and slander.

26.) The Plaintiff will set forth more facts and causes of action in his amended complaint which will be submitted within the next (180) one hundred and eighty days, therefore an enlargement of time is hereby requested to amend and submit a memorandum of law.

## V. Prayer For Relief:

27.) Wherefore, the Plaintiff prays that this Honorable Court will grant the following Relief:

a.) Grant a waiver of all filing fees and any other cost that might come about as a result of this action because the Plaintiff is indigent (poverty stricken);

b.) Grant a trial by jury;

c.) Grant an enlargement of time at least (180) one hundred and eighty days for Plaintiff to submit an Amended Complaint and Memorandum Of Law In Support Of The Amended Complaint.

d.) Award Plaintiff, $5,000,000.00 compansatory damages;

e.) Award Plaintiff, $5,000,000.00 punitive damages;

f.) Award Plaintiff, $2,000,000.00 nominal damages;

g.) Grant such other and further relief this Honorable Court might deem just and proper.

Respectfully Submitted,

/s/ Michael A. Josey

Michael A. Josey
325 Huntington Avenue,
Suite 59
Boston, MA 02115

Dated: August 29, 2005

JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael A. Josey

**(b)** County of Residence of First Listed Plaintiff  Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

05-11787 RGS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
(None)

## DEFENDANTS
Elizabeth Childs, M.D., Et. Al.,

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
(Unknown)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☒ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                        and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C.A. § 1983

Brief description of cause:  Listed in Complaint & will amend.

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY
(See instructions):      JUDGE                              DOCKET NUMBER

DATE  8/30/05

SIGNATURE OF ATTORNEY OF RECORD  Michael A. Josey  Pro-se

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   Michael A. Josey,
Pro-se, VS. Elizabeth Childs, M.D., Et. Al.,

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

___  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

✔  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

___  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

___  V.    150, 152, 153.          05 CV 11787 RGS

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                    YES ☐      NO ✔

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                    YES ☐      NO ✔

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                    YES ☐      NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                    YES ☐      NO ✔

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                    YES ✔      NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☐        Central Division ☐        Western Division ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐        Central Division ☐        Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                    YES ☐      NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Michael A. Josey
ADDRESS   325 Huntington Ave., Suite 59, Boston, MA 02115
TELEPHONE NO.   617-263-8525

(CategoryForm.wpd  -5/2/05)